IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN JONES**                                                                                              **PLAINTIFF**

v.                                          **CASE NO. 4:22-CV-00118 JM**

**Robert B. Gibson, III,**
**Judge, 10th Judicial District Court**                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE